

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JOE AGUIRRE, | § | No. 08-24-00108-CR |
| Appellant, | § | Appeal from the |
| v. | § | 466th District Court |
| THE STATE OF TEXAS, | § | of Comal County, Texas |
| Appellee. | § | (TC# CR2017-339E) |

## <u>MEMORANDUM OPINION</u>

Joe Aguirre is attempting to appeal his conviction for 11 counts of possession with intent to promote child pornography.[1] Because Aguirre does not have the right to appeal his conviction, we dismiss for lack of jurisdiction.

Texas Rule of Appellate Procedure 25.2(a)(2) requires a trial court to enter its certification of a defendant's right of appeal each time it enters a judgment of guilt or other appealable order. Tex. R. App. P. 25.2(a)(2). The record before us supports the trial court's certification that Appellant does not have the right to appeal his judgment and sentence; Appellant waived his right to a jury trial and entered a negotiated guilty plea. In a plea-bargain case such as this, a defendant

---

[1] This case was transferred from the Third Court of Appeals pursuant to a Supreme Court of Texas docket equalization order. *See* Tex. Gov't Code Ann. § 73.001. We follow the precedent of the Third Court of Appeals to the extent it might conflict with our own. *See* Tex. R. App. P. 41.3.

may only appeal matters raised by written motion and ruled on before trial, or after acquiring the trial court's permission to appeal. *Tedford v. State*, No. 08-21-00003-CR, 2021 WL 717603, at *1 (Tex. App.—El Paso Feb. 24, 2021, no pet.) (mem. op., not designated for publication). The record before us does not indicate that Appellant is attempting to appeal any pretrial motions ruled upon by the trial court. Nor does it reflect that Aguirre obtained the trial court's permission to appeal any issues. As such, we lack jurisdiction over this appeal. *Id.*

Accordingly, we dismiss this appeal for lack of jurisdiction.

LISA J. SOTO, Justice

May 24, 2024

Before Palafox and Soto, JJ., and Barajas, C.J., (Ret.)
Barajas, C.J., (Ret.), (sitting by assignment)
Palafox, J., concurring